MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 6, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 19-219 |
| DASHONTAE YOUNG | SECTION L |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X   DEFENDANT
                        X   COUNSEL FOR DEFENDANT   CJA - ANNA FRIEDBERG
                        X   ASSISTANT U.S. ATTORNEY   BRIAN M. KLEBBA
                        __ INTERPRETER _____ SWORN
                        (TIME:  ____.M  to  ____.M)

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

__ / OTHER: _____

**NOTICE:**  X / PRE-TRIAL CONFERENCE: **DECEMBER 23, 2019 AT 1:30 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

X / TRIAL: **DECEMBER 30, 2019 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

MJSTAR: 00: 03