UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-219** |
| **v.** | * | **SECTION: "L"** |
| **DESHONTAE YOUNG** | * | |

\* \* \*

**O R D E R**

Considering the Government's foregoing motion pursuant to 3E1.1(b) of the Sentencing Guidelines;

**IT IS HEREBY ORDERED** that the defendant be given a three level decrease in her sentencing guidelines for acceptance of responsibility.

New Orleans, Louisiana, this  10th  day of       March      , 2020.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE