PS 8
(9/13)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF LOUISIANA

U.S.A. vs. Dashontae Young            Docket No. 2:19CR00219-005

### Petition for Action on Conditions of Pretrial Release

COMES NOW Monique N. Fisher, PROBATION OFFICER, presenting an official report upon the conduct of defendant Dashontae Young, who was placed under pretrial release supervision by the Honorable Judge Joseph C. Wilkinson, Jr sitting in the Court at New Orleans, Louisiana, on November 6, 2019, under the following conditions:

$5,000 Unsecured Appearance Bond; Submit to supervision by U.S. Probation; Travel restricted to the Eastern District of Louisiana, with allowances to the Continental United States, with prior approval from U.S. Probation; Avoid all contact, directly or indirectly with victims, witnesses, Attorney A, and co-defendants, except Lucinda Thomas, however may not discuss the case; Mental health treatment as directed by U.S. Probation; Do not use or unlawfully possess a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner; Submit to substance abuse testing as directed by U.S. Probation; Participate in substance abuse treatment, as directed by U. S. Probation; and report as soon as possible to U.S. Probation every contact with law enforcement personnel.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On January 22, 2020, and March 4, 2020, the defendant submitted a urinalysis to personnel of the South Central Louisiana Human Services Authority, which tested positive for marijuana. She admitted to the use and was confirmed by the United States Probation Office Regional Drug Laboratory. On February 7, 2020, February 18, 2020, February 27, 2020, and March 4, 2020, the defendant submitted a urinalysis to personnel of U.S. Probation which tested positive for marijuana and she admitted to the drug use.

PRAYING THAT THE COURT WILL ORDER A SUMMONS ISSUE AND A HEARING BE HELD BEFORE THE HONORABLE JUDGE __Wilkinson__ ON __THURS. MAR. 19, 2020__ @ __1:00__ AM/PM TO SHOW CAUSE WHY THE DEFENDANT'S BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this __13th__ day of __March__, 20__20__ and ordered filed and made a part of the records in the above case.

_[signature]_

U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March 13, 2020

_[signature]_
U.S. Probation Officer

Place: New Orleans, Louisiana

_Clerk to notify USPO M. Fisher, AUSA, Defense Counsel_