UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-CR-219 |
| DASHONTAE YOUNG | * | SECTION: "L" |

**MOTION TO CONTINUE HEARING
ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

**NOW COMES** the defendant, Dashontae Young, through undersigned counsel, who respectfully requests this Honorable Court continue the hearing for Action on Conditions of Pre-trial Release (Rec. Doc 130) currently scheduled for Thursday, March 19, 2020 at 11:00 a.m. to a time in the future convenient to this Honorable Court.

At this time, many courts around the country, as well as most schools, are closed and closing due to the rapid spread and seriousness of COVID-19. A continuance is necessary in order to avoid any unnecessary contact with the court, the court staff and each other.

I have contacted Assistant United States Attorney, Brian Klebba, who has no objection to continuing this matter well into the future.

**WHEREFORE**, the defendant, Ms. Young, respectfully requests that this Honorable Court continue the hearing for Action on Conditions of Pre-trial Release to a date in the future convenient to the Court.

Respectfully submitted this 16th day of March, 2020,

//s Anna L. Friedberg
_____

Anna L. Friedberg, LA #25055
3110 Canal Street
New Orleans, LA 70119
504-444-8557
afriedberglaw@gmail.com

*Attorney for Dashontae Young*

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on March 16, 2020, I filed the foregoing with the Clerk of Court and will send notice to the Assistant United States Attorney, Brian Klebba, 650 Poydras Street, New Orleans, Louisiana 70130 and all other counsel of record.

_____
Anna L. Friedberg, LA #25055
