UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-CR-219 |
| DASHONTAE YOUNG | * | SECTION: "L" |

**ORDER**

Considering the foregoing motion;

**IT IS ORDERED:**

That the hearing for Action on Conditions of Pre-Trial Release (Rec. Doc 130) be continued from March 19, 2020 to a date in the future convenient to this Honorable Court.

New Orleans, Louisiana, this 17th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE