```
MINUTE ENTRY
FALLON, J.
FEBRUARY 2, 2023
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-219 |
| DASHONTAE YOUNG | SECTION: L (2) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances: AUSA Brian Klebba for government
             Anna Friedberg Esq., for the defendant
             Probation Officer

---

SENTENCING AS TO COUNT ONE OF THE SUPERSEDING INDICTMENT:

The defendant is present.

There were no objections to the PSI by either the Government or the defendant.

Sentence: See Judgment in a Criminal Case.

Upon oral motion of the Government, all remaining counts were dismissed.

```
JS10:   :11
```