UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-CR-219 |
| DASHONTAE YOUNG | * | SECTION: "L" |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO TERMINATE PROBATION**

**NOW COMES** the defendant, Dashontae Young, through undersigned counsel, who respectfully requests this Honorable Court terminate Ms. Young's probation early pursuant to 18 U.S.C. §3564(c), for the following reasons.

On February 2, 2023, this Honorable Court sentenced Ms. Young to probation for a term of (5) Five years. One of the most significant conditions of probation was that she pay any restitution assessed in this case.

18 U.S.C. 3564 (c) provides in pertinent part,

"[T]he court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant….at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

Ms. Young has been on probation almost (2) two years. According to her probation officer, Johnny Alexander, she is in full compliance with all of the conditions of probation and has paid her restitution obligation in full. She currently works at the X Shop Shell Station on Highway 311. She continues to reside in the Bayou Parishes area, in Labiedieville, Louisiana with her sister. She remains a law-abiding member of the community. Prior to being sentenced,

Ms. Young was under the supervision of United States Probation and Pre-trial for almost 30 months. Ms. Young hopes to move forward with her life as she has a bright future ahead of her.

I have contacted Assistant United States Attorney, Brian Klebba, who has no objection to Ms. Young's probation being terminated early.

**WHEREFORE**, the defendant, Ms. Young, respectfully requests that this Honorable Court terminate her probation as her conducts warrants termination and it would be in the interest of justice.

Respectfully submitted this 27th day of January, 2025,

//s Anna L. Friedberg

_____

Anna L. Friedberg, LA #25055
Assistant Federal Defender
500 Poydras St. Suite 318
New Orleans, LA 70130
anna_friedberg@gmail.com

*Attorney for Dashontae Young*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 27, 2025, I filed the foregoing with the Clerk of Court and will send notice to the Assistant United States Attorney, Brian Klebba, 650 Poydras Street, New Orleans, Louisiana 70130 and all other counsel of record.

_____
Anna L. Friedberg, LA #25055