UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-CR-219 |
| DASHONTAE YOUNG | * | SECTION: "L" |

### **ORDER**

Considering the foregoing motion, R. Doc. 414;

**IT IS HEREBY ORDERED** that Ms. Dashontae Young's term of probation be terminated early.

New Orleans, Louisiana, this 28th day of January, 2025.

_____
United States District Judge